**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
601 Las Vegas Blvd. South
Las Vegas, Nevada  89101
(702) 382-9221
Attorney for Defendant
**PORFIRIO INFANTE-CERVANTES**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**PORFIRIO INFANTE-CERVANTES**,

    Defendant.

Case No.  CR-12-00383-JCM-CWH

**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM
SERVICE LIST AND ORDER GRANTING MOTION**

**COMES NOW, MICHAEL J. MICELI, ESQ.**, former attorney for **PORFIRIO INFANTE-CERVANTES**, and files this Motion for Removal from the CM/ECF System List (the "Motion") in the above-entitled matter.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

The basis of this Motion is that defendant has retained private counsel on this case.

**DATED** this 4th day of April, 2014.

      /S/ MICHAEL J. MICELI
**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
601 Las Vegas Blvd. South
Las Vegas, Nevada  89101
Attorney for Defendant
**PORFIRIO INFANTE-CERVANTES**

## ORDER

**IT IS SO ORDERED**.

**DATED** this ____8th____ day of April, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

- 2 -